1  PILLSBURY & LEVINSON, LLP
   ARNOLD R. LEVINSON  Bar No. 066583
2  REBECCA GREY  Bar No. 194940
   600 Montgomery Street, 31st Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-8000
4  Facsimile: (415) 433-4816

5  Attorneys for Plaintiff
   BARBARA L. DAVISON
6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
8  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
9  Steuart Tower, 8th Floor
   San Francisco, California 94105
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11 dennis.rolstad@sdma.com

12 Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
13 COMPANY and PWC HEALTH AND WELFARE
   BENEFITS PLAN
14
   ORRICK, HERRINGTON & SUTCLIFFE LLP
15 JOSEPH C. LIBURT  Bar No. 155507
   1000 Marsh Road
16 Menlo Park, CA 94025-1015
   Telephone: (650) 614-7447
17 Facsimile: (650) 614-7401

18 Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. DAVISON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; PWC HEALTH AND WELFARE BENEFITS PLAN; PRICEWATERHOUSECOOPERS LLP, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. C-05-00132 MMC<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Barbara L. Davison and defendants Hartford Life and Accident Insurance Company, PwC Health and Welfare Benefits Plan, and PricewaterhouseCoopers LLP, by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety, and that the parties to date have complied with the written settlement agreement.

IT IS THEREFORE STIPULATED AND AGREED that this entire action, including the complaint and any counter-claim on file herein, shall be dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED: March 7, 2006          PILLSBURY & LEVINSON, LLP

By: Arnold L. Levinson
    ARNOLD L. LEVINSON
    REBECCA GREY
    Attorneys for Plaintiff
    BARBARA L. DAVISON

DATED: March 9, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: Dennis G. Rolstad
    DENNIS G. ROLSTAD
    MICHELLE Y. McISAAC
    Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY and PWC HEALTH
    AND WELFARE BENEFITS PLAN

DATED: March 8, 2006          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: Joseph C. Liburt
    JOSEPH C. LIBURT
    Attorneys for Defendant
    PRICEWATERHOUSECOOPERS LLP

ORDER

IT IS SO ORDERED.

DATED: March 10, 2006         _____
                              JUDGE OF THE UNITED STATES DISTRICT COURT